# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137052

KELLY JO BRYANT,
   Plaintiff-Appellee,

v

JONATHON ERIC BRYANT,
   Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 137052
COA: 283417
Ottawa CC: 2005-051348-DM

_____/

   On order of the Court, the application for leave to appeal the June 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008        _____
                     Clerk

p1117